**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Travis YOUNG, Defendant-Appellant.**

**No. 16-15738**

**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(January 11, 2018)

R. Brian Tanner, Carlton R. Bourne, Jr., James D. Durham, E. Gregory Gilluly, Jr., Jennifer Kirkland, Brian T. Rafferty, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, for Plaintiff-Appellee

Travis Young, Pro Se

**2.** Kozich also filed several motions asking this Court to take judicial notice of certain docu-

Before JULIE CARNES, BLACK and HULL, Circuit Judges.

**PER CURIAM:**

George R. Asinc, appointed counsel for Travis Young in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Young's conviction and sentence are **AFFIRMED**.